IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-66-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| BEN COLE BUCKLES, SR., | |
| Defendant. | |

On February 7, 2018, the undersigned ordered the Defendant, Ben Buckles (Buckles) undergo formal competency restoration procedures, (Doc. 24). On April 5, 2018, the Court received notice from R. Hudgins, Warden, Federal Detention Center, Littleton, Colorado, dated March 16, 2018, where Buckles is being evaluated, asking that the study of Buckles begin on March 7, 2018, the date of his arrival at the facility.

Accordingly, pursuant to Title 18 U.S.C. §4241(d), **IT IS ORDERED** that Buckles's study period will begin on March 7, 2018 and will end no later than April 6, 2018, with the final report submitted to the Court no later than April 20, 2018.

DATED this 5th day of April, 2018.

_____
Brian Morris
United States District Court Judge