IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BEN COLE BUCKLES, SR., <br><br> Defendant. | CR 17-66-GF-BMM-JTJ <br><br> **FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Ben Cole Buckles, Sr. (Buckles) has been accused of violating the conditions of his supervised release. Buckles admitted alleged violations 1, 3, 6, 7 and 8. The Court dismissed alleged violations 2, 4 and 5 on the government's motion. Buckles's supervised release should be revoked. Buckles should be placed in custody for 3 months, with 57 months of supervised release to follow.

## II. Status

Buckles pleaded guilty to Sexual Abuse of a Minor on November 16, 2017. (Doc. 18). The Court sentenced Buckles to 27 months of custody, followed by 5 years of supervised release. (Doc. 40). Buckles's current term of supervised release began on September 10, 2019. (Doc. 40 at 1).

**Petition**

The United States Probation Office filed a Petition on February 21, 2023, requesting that the Court revoke Buckles's supervised release. (Doc. 40). The Petition alleged that Buckles had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; 3) by viewing materials depicting sexually explicit conduct; 4) by failing to report for sex offender treatment; 5) by being in the company of a child under the age of 18; 6) by failing to maintain full time employment; 7) by using marijuana; and 8) by failing to complete his sex offender treatment program.

**Initial appearance**

Buckles appeared before the undersigned for his initial appearance on February 27, 2023. Buckles was represented by counsel. Buckles stated that he had read the petition and that he understood the allegations. Buckles waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 27, 2023. Buckles admitted that he had violated the conditions of his supervised release: 1) by failing

2

to report for substance abuse testing; 2) by viewing materials depicting sexually explicit conduct; 3) by failing to maintain full time employment; 4) by using marijuana; and 5) by failing to complete his sex offender treatment program. The Court dismissed alleged violations 2, 4 and 5 on the government's motion. The violations that Buckles admitted are serious and warrant revocation of Buckles's supervised release.

Buckles's violations are Grade C violations. Buckles's criminal history category is I. Buckles's underlying offense is a Class C felony. Buckles could be incarcerated for up to 24 months. Buckles could be ordered to remain on supervised release for up to life. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Buckles's supervised release should be revoked. Buckles should be incarcerated for 3 months, with 57 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Buckles that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Buckles of his right to object to these Findings and Recommendations

3

within 14 days of their issuance. The Court explained to Buckles that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Buckles stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocute before Judge Morris.

The Court **FINDS:**

> That Ben Cole Buckles, Sr. violated the conditions of his supervised release: by failing to report for substance abuse testing; by viewing materials depicting sexually explicit conduct; by failing to maintain full time employment; by using marijuana; and by failing to complete his sex offender treatment program.

The Court **RECOMMENDS:**

> That the District Court revoke Buckles's supervised release and commit Buckles to the custody of the United States Bureau of Prisons for 3 months, with 57 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of March, 2023.

John Johnston
United States Magistrate Judge